UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. VISBECK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., d/b/a Wells Fargo Home Mortgage,<br><br>Defendant. | Civil Action No. 07-12031-RBC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Michael D. Visbeck ("Plaintiff") hereby stipulates and agrees that this proceeding shall be dismissed with prejudice and without costs or attorneys' fees, with Plaintiff waiving his rights of appeal.

Respectfully submitted,

**MICHAEL D. VISBECK**
By his attorney,

/s/ Kenneth D. Quat
Kenneth D. Quat
Quat Law Offices
679 Massachusetts Avenue, Suite 702
Cambridge, 02139

**WELLS FARGO BANK, N.A.**
By their attorney,

/s/ James W. McGarry
James W. McGarry
Goodwin|Procter LLP
Exchange Place
Boston, MA  02109
(617) 570-1332

Dated: April 10, 2009

LIBA/1973829.2